TRIPO KRSTOVIC, Respondent, *v.* CHARLES H. VAN BUREN et al., Copartners under the Firm Name of C. H. VAN BUREN & COMPANY, Appellants.

(Submitted April 30, 1923; decided May 8, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 235 N. Y. 96.)

---

WILLIAM N. CARY et al., Appellants, *v.* THE HOME INSURANCE COMPANY, Respondent.

(Submitted April 30, 1923; decided May 8, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 235 N. Y. 296.)